**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 29, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00648-CV

---

## IN RE GPM HOUSTON PROPERTIES, LTD., TRIYAR COMPANIES, INC., TRIYAR COMPANIES, LLC, AND SJM REALTY, LTD., Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-47654**

---

## MEMORANDUM OPINION

On July 25, 2013, relators GPM Houston Properties, Ltd., Triyar Companies, Inc., Triyar Companies, LLC, and SJM Realty, Ltd. filed a petition for

writ of mandamus in this court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Jeff Shadwick, presiding judge of the 55th District Court of Harris County, to vacate his order of severance.

Relators have not established entitlement to the extraordinary relief of writ of mandamus. Accordingly, we deny relators' petition for writ of mandamus and also deny relators' related emergency motion to stay proceedings.

PER CURIAM

Panel consists of Justices Brown, Christopher, and McCally.